# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO CHAVEZ-TAPIA,** | No. LA CV 17-01495-VBF-SHK |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| LOMPOC FCC (Lompoc United States Penitentiary - Health Services Department), JASPAL DHALIWAL M.D., DR. G. CARRASCO, WARDEN LANG in his official capacity, and WARDEN LANGFORD in his official capacity, | |
| Defendants. | |

**Final judgment is hereby entered in favor of all defendants and against plaintiff Armando Chavez-Tapia.** IT IS SO ADJUDGED.

Dated: May 16, 2018

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE